1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7 ERIC MEYER,                                          Case No. 19-cv-00842-JD

8            Plaintiff,

9        v.                                            **ORDER OF DISMISSAL**

10 IRAN,

11            Defendant.

12

13        Plaintiff, a patient at a mental health facility in Illinois, has filed a pro se civil rights

14 complaint under 42 U.S.C. § 1983.   Plaintiff's complaint is incomprehensible, and he presents no

15 distinct claims.  The Court notes that plaintiff has filed a dozen similar cases in the last month.

16 Plaintiff's allegations are frivolous and fail to state a claim under 42 U.S.C. § 1983.  Because no

17 amount of amendment would cure the deficiencies of the complaint, this action is dismissed

18 without leave to amend.

19        For the foregoing reasons, the complaint is **DISMISSED** with prejudice as frivolous and

20 for failure to state a claim.  The Clerk shall close this case.

21        **IT IS SO ORDERED.**

22 Dated: March 7, 2019

23

24 _____

25 JAMES DONATO
   United States District Judge

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC MEYER,

              Plaintiff,

      v.

IRAN,

              Defendant.

Case No. 19-cv-00842-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 7, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric  Meyer ID: A-North
Chicago Read Mental Health Center
4200 N. Oak Park
Chicago, IL 60634

Dated: March 7, 2019

Susan Y. Soong
Clerk, United States District Court

By: _____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

United States District Court
Northern District of California